In re:  BOY SCOUTS OF AMERICA; and DELAWARE BSA LLC,
    Debtors


    Liberty Mutual Insurance Company;
    The Ohio Casualty Insurance Company;
    Liberty Insurance Underwriters, Inc.;
    Liberty Surplus Insurance Corporation,
               Apppellants